IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN L. MILLER IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 06-1422 |
| ) | |
| ROYSTON LABORATORIES and ) | Judge Gary L. Lancaster |
| CHASE CORPORATION, ) | |
| ) | ELECTRONICALLY SERVED |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(1)(1), Plaintiff, John L. Miller IV, and Defendants, Royston Laboratories and Chase Corporation, through undersigned counsel file this Joint Stipulation of Dismissal of this case in its entirety, with prejudice.

Defendants' counsel have authorized Plaintiff's counsel to sign on their behalf.

[signatures on next page]

Respectfully submitted,

| | |
|---|---|
| COHEN & GRIGSBY, P.C. | THE LAW OFFICES OF LOIS E. GLANBY |
| By: /s/ NANCY L. HEILMAN<br>    Nancy L. Heilman, Esquire<br>    PA I.D. No. 5512 | By: /s/LOIS E. GLANBY<br>    Lois E. Glanby, Esquire<br>    PA I.D. No. 80784 |

COHEN & GRIGSBY, P.C.

By: /s/ NANCY L. HEILMAN
   Nancy L. Heilman, Esquire
   PA I.D. No. 5512

Attorney for Defendants

11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
(412) 297-4900
nheilman@cohenlaw.com

AND

MORGAN, BROWN & JOY, LLP

By: /s/ GREGORY MANOUSOS
   Gregory Manousos (admitted pro hac vice)

Attorney for Defendants

200 State Street
Boston, MA 02109
(617) 523-6666
gmanousos@morganbrown.com

THE LAW OFFICES OF
   LOIS E. GLANBY

By: /s/LOIS E. GLANBY
   Lois E. Glanby, Esquire
   PA I.D. No. 80784

Robert M. Owsiany
PA I.D. No. 35124

Attorneys for Plaintiff

535 Smithfield Street
Henry W. Oliver Building - Suite 1025
Pittsburgh, PA 15222
(412) 471-6110
attorneyglanby@aol.com
rowsiany@glanbylawfirm.com

SO ORDERED this _17_ day of June, 2008, that this case is dismissed in its entirety, with prejudice.

_____
The Honorable Gary L. Lancaster
United States District Court Judge